**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUIS VENEGAS,**<br>          Plaintiff,<br>     vs.<br>**FIDELITONE LAST MILE, INC.,**<br>          Defendant. | CASE NO. 20-cv-06637-YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO REMAND**<br><br>Re: Dkt. No. 10 |

On November 5, 2020, plaintiff Luis Venegas filed a Motion to Remand. (Dkt. No. 10.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the December 15, 2020 hearing, the Court **GRANTS** plaintiff's motion to remand the case to state court, but **DENIES** the request for attorneys' fees incurred by the motion. The Clerk of the Court is directed to **REMAND** the case to the Superior Court of the County of Contra Costa and close the file.

**IT IS SO ORDERED.**

Dated: December 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**